IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WANDA G. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:06-cv-944-WC |
| | ) | [wo] |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the memorandum opinion entered herewith, it is

**ORDERED** and **ADJUDGED** that the decision of the Commissioner be and is hereby **REVERSED and REMANDED** to the Commissioner for further consideration and proceedings consistent with the memorandum opinion entered herewith.

DONE this 17th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE