IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WANDA G. WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-944-WC<br>[wo] |

## ORDER

Upon consideration of Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. #18), it is

ORDERED that Defendant shall file a Response to the application, **on or before 28 November 2007.**

DONE this 14th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE