IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WANDA G. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-944-WC |
| | ) | [wo] |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 14 November 2007, Plaintiff, Wanda G. Ward, filed a Motion for Attorney Fees (Doc. #18) in the amount of $3,593.75 pursuant to the Equal Access to Justice Act. 28 U.S.C. § 2412 (2000). The Commissioner does not oppose the fees charged (Doc. #21). Therefore, upon consideration of the Motion (Doc. #18) and for good cause, it is

ORDERED that Plaintiff's Motion for Attorney Fees (Doc. #18) in the amount of $3,593.75 is GRANTED. It is further

ORDERED that the attorney fees shall be paid to Plaintiff.

Done this 3rd day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE